court an "attorney," but error might be imputed if it failed to designate an attorney not so specially engaged as a "public attorney." Such technical nomenclature is hardly subtle enough to require amplification, or call for special comment by way of emphasis to convince litigants that it is understood by the judicial mind. The defendant has not brought itself within the rules entitling it to a reargument (Hand v. Rogers, 16 Misc. Rep. 364, 38 N. Y. Supp. 2), or for leave to appeal to the appellate division (Lynch v. Sauer, 16 Misc. Rep. 362, 38 N. Y. Supp. 1), and the motion must be denied, with $10 costs.

MILLER v. EDWARDS. (Supreme Court, Appellate Division, First Department. May 15, 1896.) Action by Charles A. Miller against Lewis Edwards. No opinion. Motion denied.

MOOSBRUGGER, Appellant, v. PARKER, Respondent (four cases). (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Actions by Angela E. Moosbrugger against Alzada Parker, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements in each of the four actions.

MULLEN, Respondent, v. TOWN OF ROCKLAND, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1896.) Action by Lawrence Mullen against the town of Rockland. No opinion. Judgment affirmed, with costs. All concur.

MULQUEEN, Appellant, v. ROCHESTER RY. CO.. Respondent. (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Action by Ellen Mulqueen, as administratrix, etc., against the Rochester Railway Company. No opinion. Judgment affirmed, with costs.

MUNROE, Respondent, v. CROUSE et al., Appellants. (Supreme Court, General Term, Fourth Department. December, 1895.) Action by Julia T. Munroe against Jacob Crouse and another, impleaded with others. No opinion. Judgment and order affirmed, with costs.

NATIONAL BROADWAY BANK, Respondent, v. BREWSTER et al., Appellants. (Supreme Court, Appellate Division. First Department. June 29, 1896.) Action by the National Broadway Bank against J. B. Brewster & Co. and others, and Bainbridge Colby appeals. M. Regensburg, for appellant. W. C. Beecher, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NATIONAL HARROW CO., Respondent, v. BEMENT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Action by the National Harrow Company against E. Bement & Sons. No opinion. Ordered: That the decision of this case be suspended. Second. That the case be sent back to the referee to resettle and attach a certificate that the case, as resettled, contains all the evidence given and proceedings had before him upon the hearing. Third. The foregoing relief is

granted upon condition that the appellants shall pay to the respondent the costs and disbursements of argument already had, $10 costs of opposing this motion, and shall stipulate to, and shall, pay to the referee the fees for resettlement of the case, and shall reprint the case, and in reprinting the case the pleadings shall be printed as they are amended. And the case, as thus amended, shall be filed with the clerk of this court, and the cause may be reargued under the usual rules and practice. Fourth. In the event of a failure to comply with the conditions already mentioned, the motion is denied, with $10 costs.

NEW JERSEY & PA. CONCENTRATING WORKS v. ACKERMAN et al. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Action by the New Jersey & Pennsylvania Concentrating Works against Charles F. Ackerman and others. No opinion. Motion granted. See 39 N. Y. Supp. 585.

NEWTON, Appellant, v. PIERCE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Action by Oscar C. Newton against George N. Pierce and others. No opinion. Judgment and order affirmed, with costs.

NEW YORK SMALL STOCK CO., Respondent, v. KAHN, Appellant. LEVY, Respondent, v. SAME, Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1896.) Actions by the New York Small Stock Company and Abram M. Levy against Samuel S. Kahn. No opinion. Motion to dismiss appeals denied, without costs.

O'BRIEN et al. v. FITZGERALD et al. (Supreme Court, Appellate Division, First Department. June 19, 1896.) Action by Miles M. O'Brien and others against Lawrence F. Fitzgerald and others. No opinion. Motion granted; issues to be certified as directed in motion papers. See 39 N. Y. Supp. 707.

O'BRIEN et al. v. PEORIA WATER CO. (Supreme Court, Appellate Division, First Department. June 5, 1896.) Action by Edward D. O'Brien and others against the Peoria Water Company. No opinion. Motion denied, with $10 costs. See 39 N. Y. Supp. 121.

In re O'HARE. In re AUDUBON AVENUE. (Supreme Court, Appellate Division, First Department. May 22, 1896.) In the matter of Mary J. O'Hare, and in the matter of Audubon Avenue. No opinion. Order affirmed, with $10 costs and disbursements.

OSWEGO COUNTY, Respondent, v. BABCOCK, Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Action by Oswego county against Willis G. Babcock. No opinion. Orders in each case affirmed, without costs of the appeal to either party.

PENNELL et al., Respondents, v. BUCKI, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1896.) Ac-